IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-346-WKW |
| | ) | [WO] |
| ROBERT HENLINE, TRACY | ) | |
| JACKSON, SUSAN MONCRIEF, | ) | |
| JAMES STROUD, CAPTAIN | ) | |
| TUCK, LT. WATKINS, | ) | |
| LIEUTENANT RICHARDSON, | ) | |
| SGT. HEARD, SGT. RAGSDALE, | ) | |
| SGT. DAVIDSON, SGT. HAYNIE, | ) | |
| OFFICER SHULLE, OFFICER | ) | |
| PATTEN, OFFICER RYAN, | ) | |
| OFFICER TIDWELL, OFFICER | ) | |
| WELDON, OFFICER EVANS, | ) | |
| OFFICER RICKS, OFFICER | ) | |
| KODYA, OFFICER TEMPLIN, | ) | |
| OFFICER UNGER, OFFICER | ) | |
| HILL, OFFICER OLIVER, | ) | |
| OFFICER CARLTON, OFFICER | ) | |
| ROY, OFFICER THORNTON, | ) | |
| OFFICER CASABLANCO, | ) | |
| WARDEN ESTES, OFFICER | ) | |
| BELL, and KAY IVEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 3, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of

the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 31st day of August, 2020.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE